■ In the Matter of ALL SAINTS ANGLICAN CHURCH, Formerly Known as ALL SAINTS PROTESTANT EPISCOPAL CHURCH, Appellant, v EPISCOPAL DIOCESE OF ROCHESTER et al., Respondents. (Appeal No. 2.) [841 NYS2d 923]—Appeal from a judgment

(denominated order) of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered September 20, 2006 in a CPLR article 78 proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Gorski, Centra, Lunn and Peradotto, JJ.